# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0279
LT Case No. 2018-CF-004648-A

_____

ROLANDO RODNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Rolando Rodney, Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison
Leigh Morris, Assistant Attorney General, Daytona Beach, for
Appellee.

July 30, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and HARRIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____